ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED 23 2019

CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | No. |
| v. | |
| RAMON REYES, JR. | 3-19CR-033-L |

## INDICTMENT

The Grand Jury Charges:

Count One
Transporting and Shipping Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(1))

On or about November 4, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Ramon Reyes, Jr.**, knowingly transported and shipped child pornography using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, **Ramon Reyes, Jr.**, used a cellular telephone, a third-party application, and the Internet to send and transmit files of minors engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of minors, as defined in 18 U.S.C. § 2256, including the following described video files:

| File Name: | Description: |
| --- | --- |
| VID-20181128-WA0059.mp4 | This video file depicts a nude minor male who is on his back on a bed covered with a white blanket. Another nude male can also be observed in the video. The nude male positions the nude minor male on the bed and then penetrates the anus of the minor male with his erect penis. |
| VID-20181128-WA0060.mp4 | This video file depicts two nude minor males where one male is lying on his back on a couch with his feet elevated and his legs spread. After placing what appears to be a lubricating substance in the anus of the first minor male, the second nude minor male penetrates the anus of the first minor male with his erect penis. |

Prior to November 4, 2018, the defendant, **Ramon Reyes, Jr.**, was convicted in the 297th District Court of Tarrant County, Texas, on July 31, 1995, for the felony offense of Sexual Assault of a Child, in violation of Texas Penal Code § 22.011(a)(2), a state offense that related to the abusive sexual conduct involving a minor.

In violation of 18 U.S.C. § 2252A(a)(1), the penalty for which is found at 18 U.S.C. § 2252A(b)(1).

<u>Count Two</u>
Transporting and Shipping Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(1))

On or about October 22, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Ramon Reyes, Jr.**, knowingly transported and shipped child pornography using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, **Ramon Reyes, Jr.**, used a cellular telephone, a messaging application of the device, and the Internet to send and transmit files of minors engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of minors, as defined in 18 U.S.C. § 2256, including the following described image files:

| File Name: | Description: |
|---|---|
| Screenshot_20181018-121312_Tumblr_1540203154599.jpg | Lewd and lascivious image file depicting a nude minor male who is walking. The genitals of the minor male are exposed Observed on the image is a third party messaging application symbol with the words "amigos novinhos…[smiling emoticon] [clapping hands emoticons]" listed across the top of the image. |
| Screenshot_20181018-121301_Tumblr_1540203155259.jpg | Lewd and lascivious image file depicting three nude males. Two of the nude males are standing with the third minor male in a hand-stand pose. Each of the standing minor males is holding one leg of the minor male doing the hand-stand. The legs of the minor male doing the hand-stand are being pulled apart exposing his genitals in a lewd and lascivious manner. |

Indictment—Page 3

Prior to November 4, 2018, the defendant, **Ramon Reyes, Jr.**, was convicted in the 297th District Court of Tarrant County, Texas, on July 31, 1995, for the felony offense of Sexual Assault of a Child, in violation of Texas Penal Code § 22.011(a)(2), a state offense that related to the abusive sexual conduct involving a minor.

In violation of 18 U.S.C. § 2252A(a)(1), the penalty for which is found at 18 U.S.C. § 2252A(b)(1).

<u>Forfeiture Notice</u>
(18 U.S.C. § 2253)

Upon conviction of any of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), the defendant, **Ramon Reyes, Jr.**, shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. §§ 2252A and 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.  The above-referenced property subject to forfeiture from the previously-mentioned defendant includes, but is not limited to, any interest in the following: one Samsung Galaxy S8 cellular telephone, Model Number SM-G950U, IMEI 355987084608909.

A TRUE BILL

_____
FOREPERSON


ERIN NEALY COX
UNITED STATES ATTORNEY


*Camille E. Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
E-mail: Camille.Sparks@usdoj.gov

Indictment—Page 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

RAMON REYES, JR

INDICTMENT

18 U.S.C. § 2252A(a)(1)
Transporting and Shipping Child Pornography
(Counts 1-2)

18 U.S.C. § 2253
Forfeiture Notice

2 Counts

A true bill rendered

DALLAS                                                              FOREPERSON

Filed in open court this 23 day of January, 2019.

**No Warrant Needed**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:18-MJ-861-BK